UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


JOHN OLAGUES                                      CIVIL ACTION

VERSUS                                            NO: 09-3092

STEVEN KLIEN ET AL.                               SECTION: "S" (1)


## ORDER

**IT IS HEREBY ORDERED** that the "Rule 12(b) Motion to Dismiss" is **GRANTED** and the case is **DISMISSED WITH PREJUDICE** as frivolous.  <u>See</u> No. 07-4486).  (Document #5.)  **IT IS FURTHER ORDERED** that all claims alleged by John Olagues are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the defendants' "Motion for Sanctions under 42 U.S.C. § 1988" in the form of attorney's fees is **DENIED**.  (Document #5.)

**IT IS FURTHER ORDERED** that John Olagues's motion for sanctions is **DENIED**.  (Document #10.)

In view of the admonishment in Docket No. 07-4486 and Olagues' continued abuse of the judicial system, the court imposes the following sanction:

**IT IS HEREBY ORDERED** that Olagues shall not file any further lawsuits in the

United States District Court for the Eastern District of Louisiana related to the subject matter in the previously-filed frivolous and duplicative suits without first obtaining the permission of a judge of this court to file the lawsuit. Failure to comply with this order will result in the imposition of monetary sanctions.

New Orleans, Louisiana, this   28th day of September, 2009.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**