UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN OLAGUES** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-3092** |
| **STEVEN KLIEN ET AL.** | **SECTION: "S" (1)** |

## AMENDED ORDER AND REASONS

**IT IS HEREBY ORDERED** that John Olagues' motion to alter or amend judgment is **DENIED**.  (Document #18.)

**IT IS FURTHER ORDERED** that, in addition to the previously imposed sanctions regarding newly filed lawsuits, Olagues shall not file any further pleadings in the United States District Court for the Eastern District of Louisiana without first obtaining the permission of a judge of this court to file the pleading.

## BACKGROUND AND DISCUSSION

"A Rule 59(e) motion is a motion that calls into question the correctness of a judgment." In re Transtexas Gas Corp., 303 F.3d 571, 581 (5th Cir. 2002).  The court "has considerable discretion in deciding whether to reopen a case in response to a motion for reconsideration arising under [Rule 59(e)]."  Lavespere v. Niagara Mach. & Tool Works, Inc., 910 F.2d 167, 174 (5th Cir. 1990).  "Rule 59(e) is properly invoked to correct manifest errors of law or fact or to

present newly discovered evidence." In re Transtexas Gas Corp., 303 F.3d at 581 (internal quotation and citation omitted).  "A Rule 59(e) motion should not be used to relitigate prior matters that should have been urged earlier or that simply have been resolved to the movant's dissatisfaction." In re Self, 172 F.Supp.2d 813, 816 (W.D.La. 2001).

Olagues contends that he is entitled to relief because of fraud by the opposing party, which renders the judgment void.  However, Olagues does not put forth evidence of fraud, and merely reurges the arguments previously put forth in his multiple lawsuits and pleadings.  Accordingly, the motion to alter or amend judgment is denied.

New Orleans, Louisiana, this __16th__ day of November, 2009.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**